# Exhibit A



# R. Douglas Rees – SHAREHOLDER

Email:     doug.rees@cooperscully.com
Phone:    214.712.9512
Fax:        214.712.9540

Dallas Office
900 Jackson Street, Suite 100
Dallas, TX  75202

**AREAS OF PRACTICE:**

Commercial Litigation
Construction Law
Government
Insurance
Labor & Employment
Products Liability
Professional Liability
Premises Liability

Doug has an extensive trial practice with an emphasis in construction law and insurance litigation matters. He represents clients before state and federal courts as well as in arbitration proceedings and before disciplinary and licensing boards and advises clients in all aspects of their business.

Doug represents general contractors, subcontractors, design professionals, including architects and engineers, insurance carriers, businesses and individuals. He advises and defends clients in disputes concerning work they have performed or are involved in, defending claims against them, pursuing claims on their behalf, and advising them on the application and implications of insurance issues as they relate to their business. His practice includes a broad array of fields and disputes involving:

- Commercial construction projects and defects;
- Residential construction projects and defects;
- Construction accidents;
- Business disputes;
- Negotiation of contracts;
- Professional negligence;
- Representation before licensing and review boards;
- Insurance coverage matters;
- Bad faith litigation;
- Directors and Officers liability;
- Products liability issues;
- Premises liability;
- Employment litigation and disputes;
- Intellectual property and trade secret disputes;
- Personal injury.

Throughout his almost three decades of practice, Doug has gained extensive knowledge and experience in these areas and has consistently and successfully represented his clients in helping them obtain a positive resolution and just adjudication of their disputes. He has been selected as a Super Lawyer for the past several years, a member of the Nation's Top One Percent by the National Association of Distinguished Counsel, and as one of the Premier 100 Trial Attorneys by the National Academy of Jurisprudence (formerly the American Academy of Trial Lawyers). He is a frequent lecturer and often speaks to clients, trade associations, industry groups, and other lawyers on issues of importance to them.

Doug is a native of Dallas.  He is an active member of his church and an avid sports fan.  He and his wife, Gina, have two children.

## ADMITTED:

Texas, 1990

U.S. District Court Northern District of Texas

U.S. District Court Southern District of Texas

U.S. District Court Western District of Texas

U.S. District Court Eastern District of Texas

U.S. Court of Appeals 5th Circuit



# R. Douglas Rees – SHAREHOLDER

**EDUCATION:**

J.D., University of Texas School of Law, 1990

B.A. in History, Southern Methodist University, 1986

**AFFILIATIONS:**

Texas Bar Association, Construction Law Section, and Insurance Law Section member

Texas Bar Foundation, Fellow

Dallas Bar Foundation, Fellow

TEXO – The Construction Association (formerly ABC & AGCA)

Texas Association of Defense Counsel – Publications Vice President

International Association of Defense Counsel

Dallas Bar Association – Construction Law Section, Tort and Insurance Practice Section

Dallas Bar Foundation, Fellow

**HONORS:**

Board Certified by the Texas Board of Legal Specialization in Construction Law

Texas *Super Lawyers*® list, Thompson Reuters Legal (2011-2018)

AV Preeminent rated by Martindale-Hubbell

Named by *D Magazine* as one of the Best Lawyers in Dallas (2018)

National Academy of Jurisprudence

Top Rated Lawyer in Construction Law in Corporate Counsel Magazine by American Lawyer Media (2015)

National Association of Distinguished Counsel (2015-2017)

Best Attorneys of America, Rue Ratings of America (2016)

**PRESENTATIONS/PUBLICATIONS:**

*Dual Breaches,* 14th Annual Construction Symposium, sponsored by Cooper & Scully, P.C., January 2019

Panelist, *Joint and Several Contractual Liability and Settlement Credits,* 14th Annual Construction Symposium, sponsored by Cooper & Scully, P.C., January 2019

Panelist, *Daubert Motions in Construction Litigation*, Strafford Publications Webinar, December 2018

Panelist, *GAIC v. Hamel Requirement of Trial: A Panel Discussion*, 13th Annual Construction Symposium, sponsored by Cooper & Scully, P.C., January 2018

*Challenging Contract Provisions*, 12th Annual Construction Symposium, sponsored by Cooper & Scully, P.C., January 2017

Panelist, *The Impact of the Affordable Care Act on Proof of Damages for Construction Injuries,* 11th Annual Construction Symposium, sponsored by Cooper & Scully, P.C., January 2016



# R. Douglas Rees – SHAREHOLDER

*Statutory Indemnity from Manufacturers in Construction Litigation*, 10th Annual Construction Symposium, sponsored by Cooper & Scully, P.C., January 2015

Panelist, *Strategies Dealing With Chapter 18 Medical Records Affidavits,* 10th Annual Construction Symposium, sponsored by Cooper & Scully, P.C., January 2015

Panelist, *Construction Indemnity and Risk Transfer,* TADC Spring Meeting 2014

*Zachry v. Port of Houston Authority*, 9th Annual Construction Symposium, sponsored by Cooper & Scully, P.C., January 2014

*Non-Standard Discovery*, 8th Annual Construction Symposium, sponsored by Cooper & Scully, P.C., February 2013

Panelist, *"Multi-Party Construction Defect Litigation,"* Strafford Publications Webinar, March 2012

*House Bill 274*, 7th Annual Construction Symposium, sponsored by Cooper & Scully, P.C., January 2012

*Allocating Liability in a Multi-Party Construction Defect Case* – University of Texas Annual Construction Law Seminar, September 2011

*Proving up Covered Claims* - Texas Lawyer, July 2011

*Texas Residential Claims – Where Are We Now?* - Grayson County Bar Association, July 2011

*Statutory Indemnity From Manufacturers in Construction Litigation*, 6th Annual Construction Symposium, sponsored by Cooper & Scully, P.C., January 2011

*Third Party Practice*, 5th Annual Construction Symposium, sponsored by Cooper & Scully, P.C., January 2010

Panelist, *Trigger of Coverage and Don's Building Supply*, 4th Annual Construction Symposium, sponsored by Cooper & Scully, P.C., January 2009

Panelist, *Settlement/Allocations/Contribution and Equitable Subrogation*, 4th Annual Construction Symposium, sponsored by Cooper & Scully, P.C., January 2009

*Recent Changes to the AIA Contract Documents and Their Impact*, 4th Annual Construction Symposium, sponsored by Cooper & Scully, P.C., January 2009

*Settle and Chase*, 3rd Annual Construction Symposium, sponsored by Cooper & Scully, P.C., January 2008

Panelist, *Trigger Theories - When Does Property Damage Occur in the Continuous or Progressive Damage Claim?*, 3rd Annual Construction Symposium, sponsored by Cooper & Scully, P.C., January 2008

*Finding Help – Identifying Other Potential Parties And Issues Encountered In Doing So*, 2nd Annual Construction Symposium, sponsored by Cooper & Scully, P.C., January 2007

*"Insurance Coverage for Construction Defects,"* 1st Annual Construction Symposium, sponsored by Cooper & Scully, P.C., January 2006

*"Extracontractual Liability,"* TADC Summer Meeting, 2005

*Emerging Construction Issues*, 13th Annual Coverage and Bad Faith Seminar, sponsored by Cooper & Scully, P.C., 2006

*Insurance Coverage for Construction Defects*, 12th Annual Coverage and Bad Faith Seminar, sponsored by Cooper & Scully, P.C., 2005



# R. Douglas Rees – SHAREHOLDER

*Changes in the Construction Arena*, 11th Annual Coverage and Bad Faith Seminar, sponsored by Cooper & Scully, P.C., 2004

*Insurance Coverage for Construction Defects*, 10th Annual Coverage & Bad Faith Seminar, sponsored by Cooper & Scully, P.C., 2003

*Interpretations and Requirements of Article 21.55*, 9th Annual Coverage & Bad Faith Seminar, sponsored by Cooper & Scully, P.C., 2002

*Article 21.55: The First Party Claims Statute and Efforts to Make It Something More*, 8th Annual Coverage & Bad Faith Seminar, sponsored by Cooper & Scully, P.C., 2001

*Insurance Coverage for Construction Defects*, 7th Annual Coverage & Bad Faith Seminar, sponsored by Cooper & Scully, P.C., 2000

*Insurance Coverage for Construction Defects*, 6th Annual Coverage & Bad Faith Seminar, sponsored by Cooper & Scully, P.C., 1999

*Contractual Indemnity and Risk Transfer - Passing the Buck*, 5th Annual Coverage & Bad Faith Seminar, sponsored by Cooper & Scully, P.C., 1998

"*Defending Land Use and Zoning Cases,*" Defending Governmental Entities

**PUBLISHED CASES:**

*Brooks v. CalAtlantic*, 2017 WL 4479651 (Tex. App.-Dallas 2017, pet. denied)

*Maldonado v. Sumeer Homes, et al*, 2015 WL 3866561 (Tex. App.-Dallas 2015)

*Hernandez v. Highland Homes*, 345 S.W.3d 150 (Tex. App.-Dallas 2011, pet. denied)

*CBM Engineers, Inc. v. Tellepsen Builders, LP*, 403 SW3d 339 (Tex. App. – Houston [1st Dist.] 2013)

*Tellepsen Builders, LP v. Kendall/Heaton Associates, Inc.*, 325 S.W.3d 692 (Tex. App.—Houston [1st Dist.] 2010, pet. denied)

*Paragon Gen'l Contractors v. Larco Constr., Inc.*, 227 S.W.3d 876, 2007 WL1816881 (Tex. App.—Dallas 2007, no pet.)

*Grapevine Excavation, Inc. v. Maryland Lloyds*, 35 S.W.3d 1 (Tex. 2000)

*Federated Mut. Ins. Co. v. Grapevine Excavation*, 97 F.3d 720 (5th Cir. 1999)

*Dallas Metal Fabricators v. Lancaster Indep. School Dist.*, 13 S.W.3d 123 (Tex. App.-Dallas 2000, pet. denied)

*Birenbaum v. Option Care, Inc.*, 971 S.W.2d 497 (Tex. App.-Dallas 1997, pet. denied)

**REPRESENTATIVE CASES:**

Obtained a directed verdict in favor of a homebuilder in a case involving alleged misrepresentations in building plans.

Obtained a favorable verdict in favor of a property insurer in a case involving a fire loss resulting in a verdict for less than the amount offered in the original adjustment of the claim.

Obtained a verdict of no liability in favor of a paving contractor in a construction defect case involving the flooding of a residential neighborhood and several homes.



# R. Douglas Rees – SHAREHOLDER

Obtained a verdict of no liability in favor of a design professional in a residential construction defect case involving significant movement at the residence.

Successfully defended a general contractor in a multi-million dollar construction defect arbitration involving an apartment complex resulting in our client receiving a favorable settlement and obtaining recoveries against numerous other contractors.

Successfully defended a general contractor in a multi-million dollar construction defect case involving significant movement of a department store which resulted in our client receiving a favorable settlement.

Obtained a defense verdict for an independent adjusting firm in a bad faith case involving the handling of a sewage backup/water intrusion claim.

Defense verdict for civil engineer involving allegedly deficient paving and drainage plans.

Successful defense of claims against an architect for deficient design allegedly causing injury resulting in de minimus settlement following motion to dismiss.

Successful defense of claims against a structural engineer for deficient design of playground equipment resulting in voluntary dismissal of claims by claimants.

