# Exhibit B

# BRIEF CURRICULUM VITAE OF JOHN C. HARDY

HARDY COOK & HARDY, PC
2080 Three Lakes Parkway, Tyler, Texas 75703 | 903-561-8400 | john@hardylaw.com

## EDUCATION

Baylor University
B.B.A.                                                                                                              1970

University of Houston
J.D.                                                                                                                 1973

## COURT ADMISSIONS

Admitted to State Bar of Texas in 1973 (all Texas state courts)
Admitted to practice in United States District Courts for the Eastern, Western, Northern and Southern Districts of Texas (all Texas-based federal courts)
United States Court of Appeals, 5th and 11th Circuits
United States Supreme Court

## PROFESSIONAL AFFILIATIONS

Member, Smith County Bar Association, President (1984-85)
Member, Texas Counsel of School Attorneys, President (1988-89)
Sustaining Life Fellow, Texas Bar Foundation
Named as a Preeminent Lawyer with the highest possible rating in both legal ability and ethical standards of practice
Named as Texas Super Lawyer since inception (every year since 2003)
Named as a top attorney in Texas

## PRACTICE AREAS / EXPERIENCE

Administrative practice in representing municipal school districts and organizations.
Trials in both federal and state courts, including subsequent appeals and arguments before the United States Supreme Court and the Texas Supreme Court.
Appearances as an expert witness in both state and federal courts.
Representation of public entities, corporations, individuals, banks, non-profits and other organizations.
Tried cases in each Federal Districts within the State of Texas as well as many state courts in Texas.
Participated in regulatory hearings, jury trials, mediations, and arbitrations.