## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **MICHAEL P. POWELL** | § | |
| | § | |
| **v.** | § | **CASE NO. 6:18cv240-JDK-JDL** |
| | § | |
| **MEALS ON WHEELS MINISTRY, INC.** | § | |

## FINAL JUDGMENT

Pursuant to the Order granting the Joint Motion to Dismiss, the Court hereby enters Final Judgment.  Plaintiff Michael P. Powell filed suit against Defendant Meals on Wheels Ministry, Inc. on May 29, 2018.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**.  All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**. The Clerk of the Court is directed to close this case.

So **ORDERED** and **SIGNED** this **18th**  day of  **June, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE